FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
8/16/23
CLERK'S OFFICE
AT BALTIMORE
BY HL, DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re DMCA Subpoena to Dynadot Inc. | Case No. __23-MC-418__ |

**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO DYNADOT INC. PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGERS**

Petitioner Tamaris (Gibraltar) Limited ("Tamaris"), by counsel, hereby requests that the Clerk of this Court issue a subpoena to Dynadot Inc. ("Dynadot") to identify the alleged infringer(s) at issue pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"). The proposed Section 512(h) Subpoena is attached hereto as Exhibit A.

The proposed Section 512(h) Subpoena is directed to Dynadot, the Internet registrar of the domains listed on Attachment A of the Subpoena attached hereto as Exhibit A ("Subject Domain Names"). The owner and operator of the Subject Domain Names have used the domains to infringe one or more copyrights owned by Tamaris. Tamaris has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h):

(1)   Tamaris has submitted a copy of the notification sent pursuant to 17 U.S.C. § 512(c)(3)(A) as Attachment 1 to the attached Declaration of David Weslow ("Weslow Decl."), dated August 15, 2023.

(2)   Tamaris has submitted the proposed Section 512(h) Subpoena attached hereto as Exhibit A; and

(3)   Tamaris, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the Section 512(h) Subpoena is sought is to obtain

the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Tamaris's rights under title 17 of the United States Code. *See* Weslow Decl. ¶ 5.

Having complied with the statutory requirements, Tamaris respectfully requests that the Clerk expeditiously issue and sign the proposed Section 512(h) Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it for service to Dynadot Inc.

Respectfully submitted,

*/s/ David E. Weslow*
David E. Weslow
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
Tel. (202)719-7000
dweslow@wiley.law

*Counsel for Tamaris (Gibraltar) Limited*